IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**REGINA LUCKETT,** on behalf of
herself and all others similarly situated,

Plaintiff,

v.

**CIVIL ACTION NO. 5:21-CV-81**
Judge Bailey

**WESBANCO BANK, INC.,**
a West Virginia corporation,

Defendant.

## ORDER DISMISSING CASE

The parties filed a Stipulation of Voluntary Dismissal Pursuant to FRCP 41(a)(1)(A) [Doc. 14] on August 18, 2021 stating that the above-styled action is voluntarily dismissed against the defendant without prejudice and plaintiff reserves the right to reinstitute any and all claims against the defendant. Therefore, it is **ORDERED** that this civil action be, and the same is hereby, **DISMISSED WITHOUT PREJUDICE** and retired from the docket of this Court, subject to reopening on motion of any party, and for good cause shown, within ninety (90) days.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: August 19, 2021.

                                                                JOHN PRESTON BAILEY
                                                               UNITED STATES DISTRICT JUDGE